THE STATE OF OHIO, APPELLANT, *v.* MCKINLEY, APPELLEE.

[Cite as State *v.* McKinley (1986), 24 Ohio St. 3d 208.]

(No. 86-430—Decided July 2, 1986.)

*John T. Corrigan,* prosecuting attorney, and *R. Emmett Moran,* for appellant.

*James M. Kersey,* for appellee.

The motion for leave to appeal is allowed as to Proposition of Law No. I and overruled as to Proposition of Law No. II. As so allowed, the judgment of the court of appeals (case No. 50016) is reversed on authority of *State* v. *Preston* (1986), 23 Ohio St. 3d 64, and the cause is remanded to the court of common pleas for proceedings consistent with this entry.

SWEENEY, LOCHER, C. BROWN, DOUGLAS and WRIGHT, JJ., concur.

HOLMES, J., dissents.

CELEBREZZE, C.J., not participating.